| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | RUTAN & TUCKER, LLP<br>Philip D. Kohn (State Bar No. 90158)<br>  City Attorney, City of Laguna Beach<br>   pkohn@rutan.com<br>611 Anton Boulevard, Fourteenth Floor<br>Costa Mesa, California 92626-1931<br>Telephone:   (714) 641-5100<br>Facsimile:    (714) 546-9035<br><br>Attorneys for Defendants<br>CITY OF LAGUNA BEACH, et al. | JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| LEONARD J. PORTO III,<br><br>              Plaintiff,<br><br>       v.<br><br>CITY OF LAGUNA BEACH, CITY OF LAGUNA BEACH MARINE SAFETY DEPARTMENT, MARINE SAFETY CHIEF MARK KLOSTERMAN, LIFEGUARD TRAVIS LOWREY, LIFEGUARD THOMAS McGERVEY, LIFEGUARD MIKE SCOTT, CITY OF LAGUNA BEACH POLICE DEPARTMENT, POLICE OFFICER ALFRED COLLAZO, POLICE OFFICER RYAN DOMINGUEZ, POLICE OFFICER MICHAEL DONOHUE, POLICE OFFICER ZACH MARTINEZ, and DOES 1 through 10, Inclusive,<br><br>              Defendants. | Case No. SACV 08-547 DOC (MLGx)<br><br>**ORDER FOR DISMISSAL AND JUDGMENT IN FAVOR OF DEFENDANTS** |

Plaintiff Leonard J. Porto III ("Porto") filed his Complaint for Damages and Injunctive Relief on May 14, 2008, naming the City of Laguna Beach ("City") as the only Defendant. The City filed an Answer denying the material allegations.

Pursuant to leave granted by this Court, Porto later filed a First Amended Complaint for Damages, Declaratory Relief and Injunctive Relief on September 22,

1  2008, naming the City and several City departments and employees as Defendants
2  (collectively, "City Defendants").  The City Defendants filed a Motion to Dismiss
3  Action under Fed. Rule Civ. P. 12(b)(6).  On November 19, 2008, this Court entered
4  a Minute Order granting the City Defendants' motion.

5  　　　　On December 9, 2008, Porto filed a Second Amended Complaint for
6  Damages and Injunctive Relief against the City Defendants.  The City Defendants
7  filed a Motion to Dismiss Action under Fed. Rule Civ. P. 12(b)(6).  On January 20,
8  2009, this Court entered a Minute Order granting in part and denying in part the City
9  Defendants' motion.  The motion was granted as to all claims for relief against all
10 the City Defendants with the exception of the 42 U.S.C. § 1983 claim of excessive
11 force in violation of the Fourth Amendment alleged against Defendant Police
12 Officer Michael Donohue ("Donohue") in his individual capacity.

13 　　　　Donohue filed an Answer denying the material allegations.  Donohue later
14 filed a Motion for Summary Judgment.  On April 20, 2009, this Court filed an Order
15 granting the motion.

16 　　　　All issues in this action having been fully considered, and decisions on those
17 issues having been duly rendered,

18 　　　　IT IS HEREBY ORDERED AND ADJUDGED that Porto taking nothing by
19 his action, that the action be dismissed with prejudice and judgment entered on the
20 merits in favor of the City Defendants, and each of them, and that the City
21 Defendants recover their costs, as determined by the Clerk.

23 DATED: April 21, 2009　　　　　　　　*David O. Carter*

24 　　　　　　　　　　　　　　　　HON. DAVID O. CARTER
　　　　　　　　　　　　　　　　　　United States District Judge

25 Prepared, served and lodged by:

28 Philip D. Kohn
Attorneys for Defendants